UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERTRAN CALCOTE,

    Petitioner,

    v.

ROBERT HERZOG,

    Respondent.

CASE NO. C13-0614-RAJ

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed petitioner's federal habeas petition, respondent's answer to the petition, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's federal habeas petition (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice;

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is denied with respect to all claims asserted by petitioner in his federal habeas petition; and

ORDER DENYING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -1

(4) The Clerk shall send copies of this Order to all counsel of record, and to Judge Theiler.

DATED this 24th day of December, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -2